**Federal Defenders**
OF NEW YORK, INC.

One Pierrepont Plaza-16th Floor, Brooklyn, NY 11201
Tel: (718) 330-1200 Fax: (718) 855-0760

David E. Patton
*Executive Director and Attorney-in-Chief*

Deirdre D. von Dornum
*Attorney-in-Charge*

June 30, 2022

By ECF and Electronic Mail
The Honorable Kiyo A. Matsumoto
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:    United States v. Shawn Kirkland, 21-CR-567 (KAM)

Dear Judge Matsumoto:

    I write, with the consent of the government, to request an adjournment of the sentencing hearing in this case currently scheduled for July 21 to a date in late September. I make this request because I will be on trial in front of Judge Chen on July 21, and in front of Judge Amon in late August. The government notes that it is unavailable from September 10 to 19.

    Thank you for your consideration of this request.

Respectfully Submitted,
/s/
Samuel Jacobson
Assistant Federal Defender

Cc:    all counsel of record (via ECF)